UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUE QIONG CUI, | CASE NO. C17-0114-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| XIAOBING CHEN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On May 18, 2017, the Court ordered Plaintiff to show cause within 14 days why this case should not be dismissed for failure to prosecute. (Dkt. No. 14 at 1.) Plaintiff did not respond. Accordingly, this case is DISMISSED without prejudice for failure to prosecute. The Clerk is directed to CLOSE this case.

DATED this 2nd day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
